IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.  3:18 CR 104 |
| v. | : | **JUDGE WALTER H. RICE** |
| **SANDY GREEN** | : | **MOTION FOR CONTINUANCE** |

Now comes the United States, by and through the undersigned Assistant United States Attorney, and respectfully moves to continue the sentencing hearing scheduled for February 8, 2019.  The Government requests a 45-day extension in that the Government and Defendant are working to resolve the Defendant's objections to the Presentence Report and to narrow the matters requiring the Court's resolution.  The undersigned has communicated with Counsel for the Defendant, who is in agreement with this motion to continue.

WHEREFORE, the undersigned respectfully requests a continuance of the sentencing hearing.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Andrew J. Hunt
ANDREW J. HUNT (0073698)
Assistant United States Attorney
200 West Second Street, Suite #600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Andrew.Hunt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served this 5th day of February 2019, electronically on: Christopher Deal, Esq.

    s/Andrew J. Hunt
    ANDREW J. HUNT (0073698)
    Assistant United States Attorney