IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :    Case No.  3:18cr104

SANDY GREEN, :    JUDGE WALTER H. RICE

    Defendant. :

---

ENTRY SETTING DATE FOR FILING OF STIPULATIONS AND PRE-SENTENCING MEMORANDA; SENTENCING DATE SET

---

At the conclusion of an oral and evidentiary sentencing hearing held on Tuesday, April 23, 2019, the following matter were discussed and agreed upon, to wit:

1. Not later than the close of business on Wednesday, May 8, 2019, the parties will submit to the Court, by filing, agreed upon Stipulations as to the amount of loss, restitution due and owing and intended loss;

2. The Government's sentencing memorandum is due to be filed not later than the close of business on Tuesday, May 21, 2019;

3. The Defendant's sentencing memorandum is to be filed not later than the close of business on Tuesday, June 4, 2019; and,

4. Sentencing will be held in open Court on Friday, June 7, 2019, at 1:45 p.m.

April 25, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record