# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18 CR 104 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| SANDY GREEN, | : | |
| Defendant. | : | |

## **AGREED ORDER**

This matter comes before this Honorable Court upon the Government's request for restitution on behalf of:

1. Jerry Berkemeyer (owner of Victim Business A as described in the Plea Agreement (R. 21)),

2. David L. Craynon (owner of Victim Business B as described in the Plea Agreement (R. 21)), and

3. River Valley Credit Union, 505 Earl Blvd., Miamisburg, Ohio 45342.

The Defendant Sandy Green plead guilty to a two-count Information charging her with "Wire Fraud," in violation of 18 U.S.C. § 1343.

The United States and the Defendant Sandy Green have agreed that the Court will impose restitution for the offenses of conviction in this case. There is no dispute between the parties that the Defendant Sandy Green is responsible for restitution for her offenses with regard to the three above-listed victims, in that she unlawfully stole money belonging to these three victims.

1

**IT IS THEREFORE AGREED** by the parties that Defendant Sandy Green agrees to pay $101,178.99 as restitution for victim Jerry Berkemeyer.

**IT IS THEREFORE AGREED** by the parties that Defendant Sandy Green agrees to pay $70,150.08 as restitution for victim David L. Craynon.

**IT IS THEREFORE AGREED** by the parties that Defendant Sandy Green agrees to pay $1,766.04 as restitution for victim River Valley Credit Union.

**THUSLY, IT IS FURTHER AGREED** by the parties that Defendant Sandy Green agrees to pay a total restitution amount of $173,095.11.

Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio. Specific payment details will be set forth in detail in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT

9-3-19
Date

**REVIEWED AND AGREED TO BY:**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____   8/28/2019
SaMee Harden                     Date
Assistant United States Attorney

_____   8/28/19
Sandy Green                       Date
Defendant

_____   8/28/19
Christopher A. Deal, Esq.         Date
Counsel for Defendant Sandy Green

2